**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

**SOOKBOX DEVELOPMENT LLC,**

Plaintiff,

**v.**

**WALMART, INC.,**

Defendant.

**CIVIL ACTION NO 6:18-cv-330-RWS-JDL**

**JURY TRIAL DEMANDED**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sookbox Development LLC ("Plaintiff") voluntarily dismisses the action against Defendant Walmart Inc. without prejudice. Plaintiff affirmatively represents that the Defendant has not filed or served an answer, nor a motion for summary judgment.

Dated: October 18, 2018

*/s/ Papool S. Chaudhari*
Papool S. Chaudhari
Texas State Bar No. 24076978
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

Attorney for Plaintiff
SOOKBOX DEVELOPMENT LLC

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 18th day of October, 2018. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Papool S. Chaudhari*